**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 97-cr-00218-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Lavelle Tyree Davis,

        Defendant.

---

ORDER VACATING REVIEW HEARING

---

       THIS MATTER came before the Court December 15, 2006, when the terms and conditions of defendant's supervised release were modified to include placement in a Residential Reentry Center for a term of 180 days. The Court ordered that defendant's compliance with supervised release be reviewed May 4, 2007, at 4:00 p.m. The probation officer has since advised the Court that defendant has absconded supervision. Accordingly, The Court

       ORDERS that the supervised release review hearing scheduled for May 4, 2007, at 4:00 p.m. be vacated.

       DATED at Denver, Colorado, this ___3rd___ of May 2007.

                                          BY THE COURT:

                                          ___s/Lewis T. Babcock___
                                          Lewis T. Babcock
                                          Chief United States District Judge